John V. REITZ; Judith MacDonald; Dale R. Peterson; Earl D. Riddle; Jack E. Evans; Harlan C. Selby; Robert E. Johnsen; Perry Coleman; Nickolas J. Madesh; Robert A. Graham; Jerry E. Marks, et al., Plaintiffs–Appellants,

v.

LEASING CONSULTANTS ASSOCIATES; William McKenna; Richard A. Heitmeyer; Richard D. Wellbrock; William B. Ward, et al.; Global Computer Corporation; Ronald Johnson; Texcom Equipment Corporation; Comdisco, Inc.; Kenneth M. Pontikes; Martin Karnoff; John Costello; David Marks; Gordon S. Rosen; Software Systems for Word Processors, Inc.; Berlent Industries, Inc.; Harvey Berlent, Defendants–Appellees.

Anthony E. CATALAN, Plaintiff–Appellant,

v.

PAULSON INVESTMENT COMPANY, INC.; Lampf, Pleva, Lipkind, Prupis & Petigrow; Computer Value Associates; Gordon S. Rosen Associates, Inc.; Technical Marketing Services, Inc.; Leasing Consultants Associates; William McKenna; Richard A. Heitmeyer; Richard D. Wellbrock; William B. Ward, et al., Defendants–Appellees.

John GILBERTSON and Janice Gilbertson, et al., Plaintiffs–Appellants,

v.

Anders G. ARNHEIM; Alanthus Corporation, formerly known as Technology Finance Group, Inc.; Computer Value Associates; American Computer Equipment Leasing; Leasing Consultants Associates; Gordon S. Rosen Associates, Inc.; William McKenna; Texcom Equipment Corporation; Richard A. Heitmeyer; Richard D. Wellbrock; William B. Ward, et al., Defendants–Appellees.

Nos. 88–4077, 88–4099 and 88–4100.

United States Court of Appeals, Ninth Circuit.

April 20, 1992.

Before: PREGERSON, TROTT, and FERNANDEZ, Circuit Judges.

The judgment of this court expressed in a memorandum disposition filed on February 5, 1990, 895 F.2d 1418, having been reversed by the Supreme Court, the case is remanded to the district court for further proceedings consistent with the decision of

the Supreme Court in *Lampf, Pleva, Lipkind, Prupis & Petigrow v. Gilbertson, et al.,* —— U.S. ——, 111 S.Ct. 2773, 115 L.Ed.2d 321 (1991).